THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

|  |  |
|---|---|
| GERARDO FELIPE FIGOLI GOMEZ IN REPRESENTATION OF PERFECTO PAULA, <br><br> *Plaintiff*, <br><br> v. <br><br> REBECCA GONZALEZ, et al, <br><br> *Defendants*. | Civil No. 26-01091 (MAJ) |

## JUDGMENT

Pursuant to the Order published on this same date, (**ECF No. 33**), judgment is entered dismissing this action **WITHOUT PREJUDICE** in its entirety.

No attorneys' fees or costs are levied upon any party.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 6th day of April, 2026.

*/s/* **María Antongiorgi-Jordán**
**MARIA ANTONGIORGI-JORDAN**
**UNITED STATES DISTRICT JUDGE**